AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 17 2011

JAMES W. McCORMACK, CLERK
By:
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>EDWARD JETT McCLAIN | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  4:00cr00229-01  JMM

USM No. 22331-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General and Special   of the term of supervision.

☐ was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime | 02/22/2011 |
| Special | Failure to refrain from use of alcohol while participating in out-patient substance abuse treatment | 02/20/2011 |
| Special | Failure to report for drug treatment program and drug testing | 03/24/2011 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)   _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1190

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
Pine Bluff, Arkansas

06/17/2011
_____
Date of Imposition of Judgment

_James M Moody_
_____
Signature of Judge

James M. Moody                    US District Judge
_____
Name and Title of Judge

06/17/2011
_____
Date

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page   2   of   2

DEFENDANT:  EDWARD JETT McCLAIN
CASE NUMBER:  4:00cr00229-01  JMM

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

TWELVE (12) MONTHS AND ONE (1) DAY

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in nonresidential substance abuse treatment program.
The defendant shall serve his term of imprisonment in Forrest City, Arkansas.

   ☐ The defendant is remanded to the custody of the United States Marshal.

   ☐ The defendant shall surrender to the United States Marshal for this district:

      ☐ at _____ ☐ a.m.  ☐ p.m.   on _____ .

      ☐ as notified by the United States Marshal.

   ☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☑ before 2 p.m. on   08/15/2011 _____ .

      ☐ as notified by the United States Marshal.

      ☐ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL